# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD SCOTT TUCKER**                                                                                    **PETITIONER**
**ADC# 122704**

VS.                                    NO. 5:08-CV-00276-BSM-BD

**LARRY NORRIS, Director,**
**Arkansas Department of Correction, et al.**                              **RESPONDENTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE